

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00692-CV

**IN RE** Bharath **RAMANATH**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: January 28, 2026

MOTION FOR EN BANC RECONSIDERATION DENIED

On October 28, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We dismissed the petition because we lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. Relator filed a timely motion for rehearing on November 12, 2025, which we denied. Relator has since filed a motion for en banc reconsideration. After considering relator's arguments, the motion is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 310C2401184, styled *Calvary Spy I, LLC, as Assignee of Citibank, N.a. v. Bharath Ramanath*, pending in the Bexar County Justice Court, Texas, the Honorable Julie Bray Patterson presiding.